FILED'08 JAN 09 12:28USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD WILLIAM FLETCHER,

       Plaintiff,

   v.

BOARD OF PAROLE AND POST-
PRISON SUPERVISION, et al.,

       Defendants.

Civ. No. 06-705-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

/ / / /

/ / / /

/ / / /

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#42) is adopted. Defendants' motion for summary judgment (#21) is granted. This action is dismissed.

IT IS SO ORDERED.

DATED this __9__ day of January, 2008.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER